## GOBER ET AL. v. CITY OF BIRMINGHAM.

No. 66. Argued November 6–7, 1962.—
Decided May 20, 1963.

*Constance Baker Motley* argued the cause for petitioners. With her on the brief were *Jack Greenberg, Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., Leroy Clark, William T. Coleman, Jr., William R. Ming, Jr., James M. Nabrit III* and *Louis H. Pollak.*

*Watts E. Davis* and *J. M. Breckenridge* argued the cause for respondent. With *Mr. Davis* on the brief was *Earl McBee.*

*Solicitor General Cox,* by special leave of Court, argued the cause for the United States, as *amicus curiae,* urging reversal. With him on the brief were *Assistant Attorney General Marshall, Ralph S. Spritzer, Louis F. Claiborne, Harold H. Greene, Howard A. Glickstein* and *Richard K. Berg.*

PER CURIAM.

The judgments are reversed. *Peterson v. City of Greenville, ante,* p. 244.

[For opinion of MR. JUSTICE HARLAN, see *ante,* p. 248.]